UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JIMMY QUINTIN GREEN,

    Petitioner,                                          Criminal No. 03-80016
                                                                      Civil No. 06-10488

v.

UNITED STATES OF AMERICA,           Hon. John Corbett O'Meara

    Respondent.
_____/


## ORDER DENYING PETITIONER'S
## MOTION FOR RECONSIDERATION

Before the court is Petitioner's August 25, 2006 motion for reconsideration of the opinion and order denying his request for relief pursuant to 28 U.S.C. § 2255.  Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court
> will not grant motions for rehearing or reconsideration which
> merely present the same issues ruled upon by the court, either
> expressly or by reasonable implication.  The movant shall not only
> demonstrate a palpable defect by which the court and the parties
> have been misled but also show that correcting the defect will
> result in a different disposition of the case.

LR 7.1(g)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Petitioner has failed to demonstrate a palpable defect by which the court and the parties have been misled.  Therefore, IT IS HEREBY ORDERED that Petitioner's August 25, 2006

motion for reconsideration is DENIED.

                      s/John Corbett O'Meara
                      UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 4, 2006, by electronic and/or ordinary mail.

                      s/William Barkholz
                      Case Manager